UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff ,

      -against-                            **NOTICE OF APPEARANCE**

                                         **Case No.: 07 MAG 405**

LONGYI WANG,
                Defendant.
------------------------------------------------------------------------X

**SIRS:**

    **PLEASE TAKE NOTICE**, that the defendant, LONGYI WANG, hereby appears in the above entitled action, and that the undersigned has been retained as attorney for said defendant.

Dated: April 12, 2007
Woodbury, New York

                                                  Yours, etc.

                                          ___/s/_____
                                          ANTHONY J. COLLELUORI
                                          Attorney for Defendant
                                          The Law Offices of Anthony J. Colleluori
                                          180 Froehlich Farm Blvd
                                          Woodbury, N.Y.  11797
                                          (516)741-3400/516-921-8700