

**U.S. Department of Justice**

**MEMO ENDORSED**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

May 4, 2007

The Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/07
```

   Re:   **United States v. Wang and Lu**
         07 Cr. 309 (TPG)

Dear Judge Griesa:

   The above-captioned matter is presently scheduled for an initial conference before Your Honor on May 14, 2007 at 4:30 pm. The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act until that date. Exclusion would serve the interests of justice by allowing the Government to prepare discovery for the defendants. Amy Hsu, Esq., counsel for defendant Wang, and Lisa Scolari, Esq., counsel for defendant Lu, have consented to this request.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                        By:   _____
                              W.S. Wilson Leung
                              Assistant United States Attorney
                              (212) 637-2401

Cc:   Amy Hsu, Esq.
      Lisa Scolari, Esq.

*Approved*
Thomas P. Griesa
USDJ
5/7/07

TOTAL P.002