NM

U.S. Department of Justice



United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2007

The Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007



RECEIVED SEP 10 2007 CHAMBERS OF JUDGE GRIESA

Re:   United States v. Wang and Lu
      07 Cr. 309 (TPG)

Dear Judge Griesa:

    The above-captioned matter has been adjourned until November 15, 2007 at 4:30 pm to allow the parties additional time to confer regarding a disposition of this matter. The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act until that date because allowing plea discussions to continue serves the interests of justice. Anthony Colleluori, Esq., counsel for defendant Wang, and Lisa Scolari, Esq., counsel for defendant Lu, have consented to this request.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

By: _____
     W.S. Wilson Leung
     Assistant United States Attorney
     (212) 637-2401

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07

Cc:   Anthony Colleluori, Esq.
      Lisa Scolari, Esq.

*Approved.*
*Thomas P. Griesa*
*USDJ  9/10/07*