N M



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 16, 2007

The Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007



NOV 19 2007

CHAMBERS OF
...

    **Re:**   **United States v. Wang and Lu**
          **07 Cr. 309 (TPG)**

Dear Judge Griesa:

        At the request of the parties, the November 15, 2007 conference for the above-captioned matter has been adjourned until December 10, 2007 at 4:30 pm to allow the parties additional time to pursue plea discussions. The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act until December 10, 2007, because allowing plea discussions to continue serves the interests of justice. Anthony Colleluori, Esq., counsel for defendant Wang, and Lisa Scolari, Esq., counsel for defendant Lu, have consented to this request.

                               Respectfully submitted,

                               MICHAEL J. GARCIA
                               United States Attorney

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 11/20/07

                        By:                              
                               W.S. Wilson Leung
                               Assistant United States Attorney
                               (212) 637-2401

Cc:    Anthony Colleluori, Esq.
        Lisa Scolari, Esq.

*Approved.*
*Thomas P. Griesa*
*USDJ  11/20/07*