

U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 7, 2007

The Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007



DEC 1 1 2007

      Re:    **United States v. Wang and Lu**
            07 Cr. 309 (TPG)

Dear Judge Griesa:

      The Government respectfully submits this letter on behalf of all the parties to request an adjournment of the December 10, 2007 conference in the above-captioned matter so that the parties can continue to pursue their plea discussions. After conferring with Chambers, the parties would respectfully suggest January 14, 2008 at 4:30 pm as the adjourn date. Should this request be granted, the Government would also request that time be excluded under the Speedy Trial Act until the new conference date because allowing plea discussions to continue serves the interests of justice. Anthony Colleluori, Esq., counsel for defendant Wang, and Lisa Scolari, Esq., counsel for defendant Lu, have consented to this request.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

By: _____
    W.S. Wilson Leung
    Assistant United States Attorney
    (212) 637-2401

Cc:    Anthony Colleluori, Esq.
         Lisa Scolari, Esq.

*Approved*
*Thomas P. Griesa*
*USDJ 12/12/07*