NM

U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2008

The Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007



JAN 1 5 2008

Re: **United States v. Wang and Lu**
    07 Cr. 309 (TPG)

Dear Judge Griesa:

At the request of the parties, today's conference in the above-captioned matter was adjourned until February 13, 2008 at 4:30 pm. The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act until the new conference date because the adjournment is intended to allow for the continuation of plea discussions, thereby serving the interests of justice. Anthony Colleluori, Esq., counsel for defendant Wang, and Lisa Scolari, Esq., counsel for defendant Lu, have consented to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
W.S. Wilson Leung
Assistant United States Attorney
(212) 637-2401

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```

Cc: Anthony Colleluori, Esq.
    Lisa Scolari, Esq.

*Approved.*
Thomas P. Griesa
USDJ
1/22/08