N M

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 5, 2008

BY HAND
Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



RECEIVED
AUG - 6 2008
CHAMBERS OF
JUDGE GRIESA

    Re:  **United States v. Longyi Wang and Alvin Lu**
         07 Cr. 309 (TPG)

Dear Judge Griesa:

    The Government respectfully submits this letter, on consent, to request that the pretrial conference in the above-referenced matter currently scheduled for today be adjourned until September 24, 2008 at 4:30 p.m., and that the time between today and the next conference be excluded from calculations under the Speedy Trial Act.

    This adjournment is requested in order to allow the defendants additional time to review discovery and decide whether they intend to file any pretrial motions; and to allow sufficient time for defendant Wang's case to be transferred to the Eastern District of New York. Accordingly, the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial. Defense counsel Anthony J. Colleluori, Esq. and Lisa Scolari specifically consented to this request for an adjournment and the exclusion of time.

    Very truly yours,

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

    By: _____
    Jonathan B. New
    Assistant United States Attorney
    (212) 637-1049

*approved.*
*Thomas P. Griesa*
*USDJ*
*8/7/08*